UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80189-ROSENBERG/REINHART

UNITED STATES OF AMERICA

v.

WALTER BROOMS,

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
ON MOTION TO DETERMINE MENTAL COMPETENCY TO PROCEED

    This matter comes before the Court on Defendant's Walter Broom's Motion to Suppress Statements and Memorandum of Points and Authorities in Support Thereof [DE 37]. The Magistrate Judge held a hearing on July 27, 2023 and issued a Report and Recommendation [DE 55]. The parties did not file any objections and the Motion is ripe for review.

    The Court has conducted a de novo review of the Report and Recommendation and the record, and is fully advised in the premises. Upon review, the Court finds the Magistrate Judge's recommendations to be well-reasoned and correct, and the Court agrees with the factual recitation and the analysis in the Report and Recommendation. Therefore, it is hereby **ORDERED and ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation, [DE 55], is **ADOPTED**.

    **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 17th day of August, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record